UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR COMPARINI,<br><br>         Petitioner,<br><br>    v.<br><br>LINDA SANDERS, et al.,<br><br>         Respondents. | CASE NO. CV 09-7749-PSG (PJW)<br><br>J U D G M E N T |

    For the reasons set forth in the Order filed this date, it is hereby adjudged and decreed that the Petition is denied and the action is dismissed without prejudice.

    DATED:    12/09/09                      .

                                      PHILIP S. GUTIERREZ<br>                                      UNITED STATES DISTRICT JUDGE